# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**

    vs.       CASE NUMBER: 5:09-CV-1127 (DNH/GHL)

**One 2008 Ford 150,**
**License Plate # EDR-2088 (NY),**
**VIN #1FTPW14588FA01317**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Settlement Agreement and Order of Forfeiture is approved, it is Ordered that $3,000.00 in United States Currency shall be payed to the United States of America in the form of a certified bank check made payable to the United States Marshal Service and the United States Marshal Service shall dispose of the $3,000.00 in accordance with law. The defendant vehicle, 2008 Ford F150, shall be returned to the claimant, Lee Bellavia. The claimant Lee Bellavia has signed a release and hold harmless agreement attached hereto, The parties shall bear their own costs and attorney fees

All of the above pursuant to the Order of the Honorable Judge George H. Lowe, dated the 2nd day of February, 2010.

DATED: February 3, 2010

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk